# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | |
|---|---|
| CR No: 16-289 & 16-2107 MCA | USA vs.: Atole |
| Date: 2/22/17 | Name of Deft: Tyson Atole |

Before the Honorable   Robert A. Junell

| | | | |
|---|---|---|---|
| Time In/Out: | 9:26am –9:55am | Total Time in Court (for JS10): | 29 minutes |
| Clerk: | C. Bevel | Court Reporter: | J. Goehl |
| AUSA: | Joseph Spindle | Defendant's Counsel: | Benjamin A Gonzales |
| Sentencing in: | Albuquerque, NM | Interpreter: | N/A |
| Probation Officer: | Wade Miller | Interpreter Sworn? | Yes / No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | **X** Plea | | Verdict | As to: | **X** Information | | **X** Indictment |
| If Plea: | **X** Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | |
| If Plea Agreement: | **X** Accepted | | Not Accepted | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | 5/16/16 | PSR: | **X** Not Disputed | | Disputed | Courts adopts PSR Findings | |
| Evidentiary Hrg: | | Not Needed | | Needed | Exceptions to PSR: | Paragraph 61 – correct spelling Velisa | |

| **SENTENCE IMPOSED** | Imprisonment (BOP): | 71 months (concurrent with both cause numbers) |
|---|---|---|
| Supervised Release: 3 years each cause number - concurrent | | Probation: |

| REC | **X** | 500-Hour Drug Program | | BOP Sex Offender Program | Other: |
|---|---|---|---|---|---|
| ICE | | Court recommends ICE begin removal proceedings during of service of sentence | | | ICE not applicable |

## SPECIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization | | | Home confinement for    months    days |
| | Comply with ICE laws and regulation | **X** | | Community service for **40 hours** |
| **X** | Participate in/successfully complete substance abuse program/testing | **X** | | Reside halfway house   4   months   days |
| **X** | Participate in/successfully complete mental health program | | | Register as sex offender |
| **X** | Refrain from use/possession of alcohol/intoxicants | | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | | Possess no sexual material |
| **X** | No contact with victim(s) and/or co-defendant(s) | | | No computer with access to online services |
| | No entering or loitering near victim's residence | | | No contact with children under 18 years |
| | Provide financial information | | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | | Restricted from occupation with access to children |
| | Refrain from use and possession of synthetic cannabinoids, etc. | | | No loitering within 100 feet of school yards |
| | No possession of a firearm, ammunition, destructive device or any other dangerous weapon | **X** | | Participate in an educational or vocational program approved by the Probation Officer |
| **X** | OTHER:  Anger Management | | | |

| | | | | |
|---|---|---|---|---|
| Fine: $ 0.00 | | | Restitution: $ | None claimed at this time |
| SPA: $ 200.00 (100.00 each cause number) | | | Payment Schedule: **X** Due Immediately | Waived |

| OTHER: | |
|---|---|
| | Advised of Right to Appeal    **X** Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody    Voluntary Surrender |
| **X** | Recommended place(s) of incarceration:   BOP Florence Colorado |
| | Dismissed Counts: |

OTHER COMMENTS:   Defendant addresses Court
Victim addresses Court –Serena Cachucha
Mr. Spindle requests high end of guideline range, 71 months.